866 F.2d 1408
 Continental Medical Systems, Inc., Buckingham Valley Nursing
Center, Inc., Richboro Care Center, Inc., Nursing Home at
Chevy Chase, Inc., Fairland Nursing and Retirement Home,
Inc., Fort Washington Rehabilitation Center, Inc., Iliff
Nursing Home, Inc., Mary Lyon Nursing Home, Inc., Park Manor
Nursing Home, Inc., Oakridge Nursing Home, Inc., SA Nursing Home, Inc.,
v.
Elkins (Robert N., M.D.), Miller (William H.), Nicholson
(Timothy F.), Chevy Chase Nursing Home
 NO. 88-1446
 United States Court of Appeals,
Third Circuit.
 DEC 09, 1988
 
 Appeal From: E.D.Pa.,
 Fullam, J.
 
 
 1
 AFFIRMED.